IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| E.H., by her parents,<br>M.R. and P.H.,<br><br>    Plaintiff,<br><br>    v.<br><br>Saddlebrook Equestrian<br>Facility, Inc.,<br><br>    Defendant. | Civil Action<br>No. 19-1578 |

_____

## STIPULATION OF DISMISSAL

**WHEREAS,** Plaintiff, E.H., by her parents, M.R. and P.H., and Defendant, Saddlebrook Equestrian Facility, Inc. mutually agree to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED,** by Plaintiff and Defendant, through their undersigned counsel, that this action is dismissed with prejudice.

By:   /s/ Rocco J. Iacullo
       Rocco J. Iacullo
       Attorney I.D. No.: 86144
       Counsel for Plaintiff
       Disability Rights Pennsylvania
       1315 Walnut Street, Suite 500
       Philadelphia, PA  19107-4705
       215-238-8070 ext. 215
       riacullo@disabilityrightspa.org

/s/ Guy A. Donatelli
Guy A. Donatelli
Attorney I.D. No.: 44205
Counsel for Defendant
Lamb Mcerlane P.C.
34 East Market Street
West Chester, PA  19381
610-430-8000
gdonatelli@lambmcerlane.com

Dated:  September 11, 2019

## **CERTIFICATE OF SERVICE**

I, Rocco J. Iacullo, Esquire, hereby certify that a true and correct copy of the parties Stipulation of Dismissal was filed with the Court's ECF system on September 11, 2019 and is available for viewing and downloading from the ECF system by the following counsel who consented to electronic service:

Guy A. Donatelli, Esquire
James C. Sargent, Jr., Esquire
Katherine E. Ladow, Esquire
Counsel for Defendant
Lamb Mcerlane P.C.
34 East Market Street
West Chester, PA  19381
gdonatelli@lambmcerlane.com
kladow@lambmcerlane.com


/s Rocco J. Iacullo
Rocco J. Iacullo